LAW OFFICE OF GREGORY P. CAVAGNARO
Gregory P. Cavagnaro, WSBA No. 17644
1400 112th Avenue SE, Suite 100
Bellevue, WA 98004
(425) 454-5303 (t)

THE HONORABLE KAREN A. OVERSTREET
Chapter 11
Courtroom 7206
Hearing Date: November 21, 2008 at 9:30 a.m.
Response Date: November 14, 2008

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>ANDERSON, RONALD E.,<br><br>              Debtor.<br>_____ | Case No. 05-28783<br><br>DECLARATION OF GREGORY P. CAVAGNARO IN OPPOSITION TO DEBTOR'S MOTION TO DISGORGE FEES |

I, Gregory P. Cavagnaro, declare:

1. I am Former Counsel to the Debtor herein. I represented the Debtor from the period beginning pre-petition of the October 15, 2005 date of filing until February 14, 2007 in the Chapter 13 case filed herein, and through its conversion to one filed under Chapter 11. I am licensed to practice law in the State of Washington. I make this declaration based on personal knowledge and under penalty of perjury of the laws of the United States of America and the State of Washington.

2. I am a practicing attorney with a private practice which I have maintained since 1990. I was admitted to practice law by the Washington State Supreme Court in 1988. I have been admitted to practice law in the United States District Court in both the Western and Eastern Districts of Washington.

3. Attached hereto as Exhibit 1 is a true and correct copy of the original fee agreement

DECLARATION OF GREGORY P. CAVAGNARO
IN OPPOSITION TO DEBTOR'S MOTION TO
DISGORGE FEES - 1

LAW OFFICE OF GREGORY P. CAVAGNARO
1400 112TH AVENUE SE, SUITE 100
BELLEVUE, WA 98004
TELEPHONE (425) 454-5303

executed by the Debtor herein for his Chapter 13 representation. While the rate authorized for my time under the terms of my standard fee agreement is $250, typically my fee applications in this Court have requested only $200 hourly. I am aware of the average hourly rate for attorneys in King, Pierce, and Snohomish Counties, and find that my hourly rate is comparable to other attorneys with similar experience.

4. Attached hereto as Exhibit 2 is the billing invoice generated by my office for the purpose of attachment to the fee application I would have noted for hearing contemporaneously to the hearing to confirm an amended Chapter 13 plan, had such a plan been able to be confirmed. Prior to the substitution of counsel, Mr. Anderson incurred legal fees in the sum of $7,650.00 at the rate authorized under the terms of the executed fee agreement, and $6,120.00 at the standard $200 hourly rate to which I typically reduce the invoices for the purposes of the fee application.

5. All of the work I performed is work that Mr. Anderson either requested or decided to pursue after I carefully reviewed with him the implications. Therefore, I respectfully request that this Court find that my fees were appropriate under the circumstances and deny outright the current motion to disgorge fees.

Respectfully submitted this 14th day of November, 2008.

LAW OFFICE OF GREGORY P. CAVAGNARO

/s/ Gregory P. Cavagnaro
Gregory P. Cavagnaro, WSBA No. 17644
Former Counsel for Debtor

DECLARATION OF GREGORY P. CAVAGNARO
IN OPPOSITION TO DEBTOR'S MOTION TO
DISGORGE FEES - 2

LAW OFFICE OF GREGORY P. CAVAGNARO
1400 112TH AVENUE SE, SUITE 100
BELLEVUE, WA 98004
TELEPHONE (425) 454-5303