


# Gregory P. Cavagnaro
Attorney at Law

## INVOICE FOR LEGAL SERVICES

**Legal Services Performed for**:

Ronald E. ("Buck") Anderson
Chapter 13 Case No. 05-28783

| Billing Period: September 23, 2005 through January 5, 2007 | Today's Date: November 14, 2008 |
|---|---|

| Date | Description | Hours |
|---|---|---|
| 09/23/05 | Meet with R. Anderson to explore bankruptcy filing; review Cree Construction and CDK pleadings. | 2.30 |
| 09/24/05 | Review fax from Buck re expenses and creditors; call Buck to confirm receipt of information and determine time frame to receive additional information. | 0.10 |
| 09/27/05 | Call from Buck regarding bank statements, creditor list and filing fee. | 0.20 |
| 10/07/05 | Meet with Buck to prepare for bankruptcy filing and sign fee agreement. | 1.75 |
| 10/12/05 | Draft letter to Buck to discuss claims as they relate to Anderson-Magruder Company; discuss time frame for receiving additional financial information. | 0.60 |
| 10/13/05 | Review and revise draft petition and related schedules to be filed. | 0.35 |
| 10/14/05 | Review Desert Aire Partnership documents; meet with R. Anderson to obtain signatures on short-form filing. | 0.10 |
| 10/15/05 | Discuss value of house and related issues with Buck. | 0.20 |
| 10/28/05 | Continue work on draft schedules, statement of financial affairs. | 0.95 |
| 11/02/08 | Discuss balance of information needed to complete schedules with Buck. | 0.20 |
| 11/04/05 | Prepare ex parte motion and order to extend time to file schedules, SoFA, plan. | 0.35 |
| 11/07/05 | Discuss case with staff attorney for Chapter 13 Trustee | 0.20 |
| 11/11/05 | Draft letter to Judge Overstreet re: compromise with Chapter 13 Trustee. | 0.40 |
| 11/22/05 | Prepare order re: extension of time to file schedules, SoFA and plan. | 0.20 |
| 11/27/05 | Review correspondence from Bank re: payoff of loan forwarded by W. Nuxoll; discuss with Buck. | 0.20 |
| 12/01/05 | Discuss additional information needed with Buck. | 0.15 |
| 12/15/05 | Discuss creditors with Buck. | 0.10 |
| 12/22/05 | Revise and prepare schedules, SoFA and plan. | 0.65 |
| 01/04/06 | Prepare and send letter to Buck regarding first meeting of creditors. | 0.25 |
| 01/06/06 | TC from Buck re: mortgage payments, first meeting of creditors. | 0.10 |

**Gregory P. Cavagnaro**
1400 112th Ave SE, Ste 100
Bellevue, Washington 98004
Tel: (425) 454-5303

| Date | Description | Hours |
|---|---|---|
| 01/09/06 | Attend first meeting of creditors with Buck. | 1.65 |
| 01/25/06 | Review Objection to Confirmation filed by W. Nuxoll (.2); discuss Frontier Bank objection with Buck (.15). | 0.35 |
| 01/26/06 | Discuss Objection with W. Nuxoll. | 0.10 |
| 02/01/06 | Appear in Bankruptcy Court re: filing of amended plan. | 1.30 |
| 03/09/06 | Review Northstar's Motion to Convert case from Chapter 13 to Chapter 7 (.3); review same with Buck (.2). | 0.50 |
| 03/10/06 | Review correspondence from GMAC re: payment; call I. Everhart at GMAC re: claim. | 0.20 |
| 03/27/06 | Prepare response to Motion to Convert. | 1.25 |
| 03/31/06 | Review reply filed by W. Nuxoll. | 0.10 |
| 04/05/06 | Appear in Bankruptcy Court to argue Motion to Convert. | 1.75 |
| 04/17/06 | Prepare Objections to Claims of eCAST and Viking Bank. | 0.60 |
| 04/17/06 | Prepare supplemental pleadings re: issues raised in Bank's Motion to Convert. | 1.10 |
| 04/18/06 | Discuss status of case with Buck, focusing on City of Seattle claim; review fax re: creditors. | 0.20 |
| 04/26/08 | Review supplemental response of Bank re: conversion motion. | 0.20 |
| 04/27/06 | Draft letter to W. Nuxoll re: resolution of motion. | 0.10 |
| 04/28/06 | Discuss continuance of motion with W. Nuxoll. | 0.75 |
| 05/02/06 | Fax April 27 letter to W. Nuxoll (N/C). | |
| 05/03/06 | Prepare Objection to Claim No. 8 (Cree Construction) | 0.75 |
| 05/05/06 | Review correspondence from J. Dessereau (Beckett & Lee) re eCAST claims. | 0.10 |
| 05/08/06 | Draft letter to M. Greene and S. Rediger (WKG) offering settlement of claim at 50% of value ($48,000). | 0.50 |
| 05/09/06 | Receive email from M. Greene accepting $24,000.00 to settle claim; call Buck to inform him of acceptance. | 0.20 |
| 05/09/06 | Review response filed by Gary Krohn of Viking Bank re: Claims Objection. | 0.10 |
| 05/11/06 | Prepare Order re: eCAST claim. | 0.20 |
| 05/17/06 | Discuss sale of house and claim against City of Seattle with Buck. | 0.20 |
| 05/30/06 | Prepare application to employ realtor for Debtor. | 0.65 |
| 05/31/06 | Draft letter to J. Dessereau (Beckett & Lee) re: compromise of eCAST, MBNA and Chase claims. | 0.50 |
| 06/02/06 | Draft letter to W. Nuxoll re: status of sale of house. | 0.45 |
| 06/03/06 | Discuss Bank's claim with W. Nuxoll. | 0.20 |
| 06/22/06 | Discuss fax received from Buck. | 0.10 |
| 06/23/06 | Discuss status of case with Buck, focusing on sale of the house. | 0.20 |
| 07/17/06 | Review W. Nuxoll's letter to Judge re: continuance of Motion and issues related to sale of house. | 0.10 |
| 08/17/06 | Discuss sale of house and motion with W. Nuxoll (.15); review same with Buck (.2). | 0.35 |
| 09/05/06 | Review Nuxoll letter re: continuance of motion. | 0.10 |
| 11/07/06 | Review Trustee's Motion to Dismiss; discuss with Buck. | 0.30 |

**Gregory P. Cavagnaro**
1400 112th Ave SE, Ste 100
Bellevue, Washington 98004
Tel: (425) 454-5303

| Date | Description | Hours |
|---|---|---|
| 11/18/06 | Review Northstar's Conditional Objection to Trustee's Motion and Supplemental Response to Debtor's Surreply. | 0.30 |
| 11/28/06 | Prepare Debtor's response/reply to Trustee and Bank, Debtor's amended plan. | 1.90 |
| 11/28/06 | Discuss status of motions with Buck. | 0.20 |
| 12/06/06 | Prepare for hearing; appear in Court and argue against Trustee and Bank's motions. | 2.30 |
| 12/07/06 | Discuss hearing with Buck, converting to Chapter 11, documents necessary after conversion. | 0.35 |
| 12/17/06 | Prepare Motion and Order to Convert Case to Chapter 11. | 0.40 |
| 12/28/06 | Discuss Chapter 11 requirements with Buck. | 0.35 |
| 01/05/07 | Review email from M. Van Draanen re: scheduling initial debtor interview, initial reporting requirements and proof of insurance. | 0.10 |
| 01/05/07 | Discuss US Trustee email with Buck. | 0.20 |

Total hours incurred: 30.60

| | | |
|---|---|---|
| Total Hours: | | 30.60 |
| Billing Rate per hour: | $ | 200.00 |
| Billing Period Sub-Total: | $ | 6,120.00 |
| Filing Fee: | $ | |
| Previous Billing: | $ | - |
| Interest (1%): | $ | - |
| Balance forward from Trust: | | |
| **Total Due:** | | **$6,120.00** |

CURRENT PAYMENT DUE: Net 15
Thank you for your prompt payment.

**Gregory P. Cavagnaro**
1400 112th Ave SE, Ste 100
Bellevue, Washington 98004
Tel: (425) 454-5303

BILLING STATEMENT - 3