Leland L. Bull, Jr.
Attorney at Law
1825 NW 65th Street
Seattle, WA 98117
(206) 297-4406

Hon. Karen A. Overstreet
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: ) | NO. 05-28783 |
| ) | |
| Ronald E. Anderson ) | Detail of Final Distribution to Holders of |
| 9801 241st Place SW ) | Allowed General Unsecured Claims |
| Edmonds, WA 98020 ) | Under Section 3.4, Second Paragraph |
| ) | of Confirmed Plan |
| Debtor. ) | |
| _____) | |

Leland L. Bull, Jr., counsel for the Anderson Chapter 11 Estate, provides this explanation covering the second and final distribution of funds pursuant to the second paragraph of Section 3.4 of the confirmed Second Amended Liquidating Plan.

1. Section 3.4 (Treatment of Holders of Allowed General Unsecured Claims) states in its second paragraph that, in addition to the distribution from the proceeds of the assets of the estate provided for in the first paragraph of that section, Mr. Anderson would pay, from his exempt assets and post-confirmation earnings, to his creditors holding allowed general unsecured claims in the case the sum of $1000 for each month following the month in which the Plan was confirmed (up to 12months) he remained an officer, director and shareholder of the Anderson-Magruder Co. Although he remains under treatment for cancer, Mr, Anderson continued, with some difficulty, in the employment of the company from May (the Plan was confirmed by the Court in April 2008) through the end of April 2009. Therefore, having completed a full year of his employment post-confirmation, the remaining balance of $3000 promised under said paragraph 3.4 of the Plan is due

COVER LETTER FOR SECOND AND FINAL
POST-CONFIRMATION DISTRIBUTION - 1
F:\WP\BULL\Anderson

**Leland L. Bull**
**1825 NW 65th Street**
**Seattle, WA 98117**
**(206)297-4406**
**Fax (206)297-8778**

to his creditors, $9000 having been earlier distributed under cover a letter to creditors dated January 23, 2009..

    2. The distribution representing the amount due to each holder of an allowed general unsecured claim for the final threes of Mr. Anderson's continued employment is enclosed with each creditor's copy of this explanatory statement, which will also be filed with the Court. The percentage amount which each of the 7 holders of allowed general unsecured claims is calculated at 0.4486% ($3000 divided by $668,741.78 of allowed general unsecured claims).

    3. The distributions presently made are as follows:

| Claim | Claimant | Amount |
|---|---|---|
| -- | Bank of America | 67.25 |
| 2 | eCast Settlement Corp. | 84.41 |
| 3 | eCast Settlement Corp. | 66.43 |
| 5 | Williams Kastner & Gibbs | 209.87 |
| 8 | Cree Construction Co. | 631.69 |
| 9 | Viking Bank | 42.17 |
| 11 | Keller Supply | 1898.18 |

    4. With this payment, Mr. Anderson has fully performed his duties under his plan, which was confirmed by order entered

Dated: January 23, 2009.        /s/Leland L. Bull, Jr., WSBA#9821
                                         Counsel for Chapter 11 Debtor Anderson

COVER LETTER FOR SECOND AND FINAL
POST-CONFIRMATION DISTRIBUTION - 2
F:\WP\BULL\Anderson

**Leland L. Bull**
**1825 NW 65th Street**
**Seattle, WA 98117**
**(206)297-4406**
**Fax (206)297-8778**